IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:12-CR-00025 MCE |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | Depositing Funds Into The Registry |
| ) | of The Court To Cover Forfeiture |
| STANCIL ENTERPRISES, INC., et al ) | Amount And Maximum Fine |
| ) | |
| Defendant. ) | |

Based on the Stipulation by and between the United States of America by and through Assistant U.S. Attorney Jean Hobler, Esq. and defendant Stancil Enterprises, Inc. by and through its attorney Donald H. Heller, Esq., that Stancil Enterprises, Inc.,

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:** Stancil Enterprises, Inc., shall deposit the sum of $923,415.85 in the Registry of this Court which shall satisfy in advance of the imposition of Judgment and Sentence the monetary stipulated maximum forfeiture and maximum fine contained in the Plea and Global Resolution Agreement (Plea Agreement) filed with this Court on February 6, 2012, ECF No. 8, which states the reasons for said deposit and the related conditions and stipulations related to the judgment and sentencing and the forthcoming forfeiture order and the monetary components of said $923,415.85, to wit:

1. $ 423,415.85, the balance owed on the forfeiture amount in addition to the $5,173.45 previously seized and the subject of related Case Number: 2:10-mc-00046-MCE-DAD [Plea Agreement p. 3:24-28];

2. $ 500,000 the maximum fine amount for a corporation pursuant to a conviction for a violation of 18 U.S.C. § 371- Conspiracy. See 18 U.S.C. § 3571 (c) Fines for organizations in subdivision (3) states "for a felony, not more than $500,000";

**IT IS FURTHER ORDERED ADJUDGED AND DECREED THAT:**

Said sum of $923,415.85 shall be disbursed to the United States pursuant the final judgment to entered in this matter, less any sum the Court determines should be refunded to Stancil Enterprises, Inc. if the Court determines in its discretion pursuant to 18 U. S. C. § 3553 in imposing a fine less than the maximum fine permitted by law.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED THAT**: Based on the Stipulation that the government in no way agrees that the fine imposed by this Court against Stancil Enterprises, Inc., should be any amount less than the maximum sum of $500,000.00, or waives any right to examine the finances of Stancil Enterprises, Inc. and, pursuant to the plea and global resolution agreement filed in this matter, the finances of defendant Joseph Stancil in order to determine the defendant, Stancil Enterprises, Inc. ability to pay a fine; and that the stipulation does not affect the defendant's obligation under the law and the Sentencing Guidelines to demonstrate an inability to pay a fine in this case.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED THAT:** The sum of $923,415.85, shall be disbursed in amounts to particular payees as directed by further order of this Court.

Dated:  February 24, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE