UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANCIL ENTERPRISES, INC.,<br><br>　　　　Defendant. | Case No.  2:12-CR-00025 MCE<br><br>**AMENDED ORDER REGARDING DISBURSEMENT OF FUNDS LODGED WITH REGISTRY OF THE COURT** |

　　　This Court has previously ordered disbursement of funds in this matter, which has not yet occurred due to the nature of the corporate judgment and sentence in this case.  For purposes of clarifying disbursement of funds and sufficiently authorizing the Clerk of the Court to disburse funds currently held in the Registry of Funds, the Court issues this Amended order.

　　　On February 27, 2012, Stancil Enterprises, Inc., for purposes of paying the fine and forfeiture to be imposed at sentencing, deposited funds sufficient to cover the amounts of fine and forfeiture anticipated by the parties with the registry of the Court (the "Deposited Funds").  A personal forfeiture money judgment in the amount of $428,589.30 and a criminal fine of $500,000.00 has been imposed against defendant Stancil Enterprises, Inc.

　　　For good cause previously shown, it is hereby ORDERED and ADJUDGED:

///

1. The $5,173.45 in U.S. Currency seized from Wells Fargo Bank Account Number 3444347300, by the Internal Revenue Service on or about November 19, 2009, and subject of the related case 2:10-MC-00046 MCE, shall be applied to the money judgment.

2. The remaining $423,415.85 of the money judgment shall be disbursed by the Clerk of the Court, plus any interest that has accrued on that amount, payable to the U.S. Department of Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. The Clerk of the Court shall waive any and all service fees on the $423,415.85. The $423,415.85 shall be seized and held by the U.S. Department of Treasury, in its secure custody and control.

3. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

4. The Clerk of the Court shall credit the amount of $500,000 from the Deposited Funds to the applicable account for payment of the fine, only.

5. If there are any remaining Deposited Funds after payment of the forfeiture and the fine, as herein ordered, they shall be disbursed to Stancil Enterprises, Inc. c/o its attorney Donald H. Heller, A Law Corporation, 701 University Avenue, Suite 100, Sacramento, CA 95825.

IT IS SO ORDERED.

Dated:  April 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2