BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANCIL ENTERPRISES, INC.,<br><br>JOSEPH STANCIL, JR., and<br><br>DANIEL MATHIS,<br><br>　　　　　Defendants. | Case No. 2:12-CR-00025 MCE<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE** |

　　　　This matter is currently set for status conference on May 3, 2012. Since the prior status conference, the Court has reviewed and approved the deferred prosecution agreements for defendants Joseph Stancil, Jr. and Daniel Mathis and those two defendants have therefore begun their period of supervision pursuant to those agreements. The remaining defendant, Stancil Enterprises, Inc., has previously pleaded guilty and been sentenced. As a result, there are no issues to be presented to the Court until such time as the deferred prosecution period of one year (for each individual defendant) is successfully completed or events warrant the parties returning to the Court prior to the end of such deferred prosecution period.

Now, therefore, the parties jointly stipulate and agree that the status conference currently set for May 3, 2012, at 9:00 a.m. be continued to June 6, 2013, at 9:00 a.m.  Because the reason for the continuance is the existence of a deferred prosecution agreement, the parties stipulate and agree that time is appropriately excluded under the Speedy Trial Act by operation of Title 18, United States Code section 3161(h)(2) and Local Codes 5 and I, deferral of prosecution by mutual agreement and/or under Title 28, United States Code section 2902.  The parties stipulate and agree that these circumstances support a finding that the ends of justice served by the continuance outweigh the interests of the public and the defendants in a speedy trial.

DATED:  May 1, 2012

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

DATED:  May 1, 2012

/s/ Donald H. Heller
DONALD H. HELLER
Attorney for Defendant
JOSEPH STANCIL, JR.
(as authorized on May 1, 2012)

DATED:  May 1, 2012

/s/ Mark Reichel
MARK REICHEL
Attorney for Defendant
DANEIL MATHIS
(as authorized on May 1, 2012)

## **ORDER**

      Based on the reasons set forth in the parties' stipulation, the status conference currently set for May 3, 2012, at 9:00 a.m. shall be continued to June 6, 2013, at 9:00 a.m.  In light of the deferred prosecution agreements currently in effect for the remaining defendants, time shall be excluded under the Speedy Trial Act by operation of Title 18, United States Code section 3161(h)(2) and Local Codes 5 and I, deferral of prosecution by mutual agreement and/or under Title 28, United States Code section 2902.  The Court finds that the ends of justice served by the continuance outweigh the interests of the public and the defendants in a speedy trial.

Dated:  May 2, 2012

                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE